**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MIDWEST MOTOR SUPPLY,**

**Plaintiff,**

**v.**

**CASE NO.: 2:20-cv-1785**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

**NICHOLAS HYDE, et al.,**

**Defendants.**

**ORDER**

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on July 24, 2020. (ECF No. 13.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, this case is hereby **REMANDED** to the Franklin County Court of Common Pleas.

**IT IS SO ORDERED.**

**10/19/2020**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**